# Third District Court of Appeal

## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1528
Lower Tribunal Nos. F03-11507, F03-11499

_____

**Kahlil Clayton,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Thomas Neusom (Fort Lauderdale), for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ryland v. State</u>, No. 3D22-1983, 2023 WL 2903411 (Fla. 3d DCA Apr. 12, 2023).